UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FIRST STUDENT, INC.,<br>Plaintiff,<br><br>v.<br><br>AMALGAMATED TRANSIT<br>UNION, DIVISION 618,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br>C.A. No. 06-207-T |

**REPLY TO COUNTERCLAIM**

Counterclaim-defendant First Student, Inc. ("First Student") hereby responds to the correspondingly numbered allegations in defendant's counterclaim as follows:

1. Admitted.

2. Denied as stated; First Student refers defendant to the referenced document for its exact terms.

3. Admitted.

4. Denied.

5. Denied.

6. Denied

7. Denied as stated; First Student refers defendant to the referenced document for its exact terms.

8. Admitted.

9. Admitted.

10. Denied as stated; First Student refers defendant to the referenced document for its exact terms.

11. Denied as stated; First Student refers defendant to the referenced document for its exact terms.

12. Denied as stated; First Student refers defendant to the referenced document for its exact terms.

13. Denied.

FIRST STUDENT, INC.

By its Attorneys,

/s/ Mark A. Pogue
Mark A. Pogue (#3441)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
401-274-9200
401-276-6611 Telecopy

**Certificate of Service**

I hereby certify that on the 7th day of November, 2006 a true copy of the foregoing Reply To Counterclaim was served upon counsel of record listed below through the ECF system.

Carly B. Iafrate, Esq.
129 Dyer Street
Providence, RI 02903

Gerard P. Cobleigh, Esq.
70 Jefferson Boulevard
Warwick, RI 02888

/s/ Mark A. Pogue