UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FIRST STUDENT, INC. | : | |
| | : | |
| v. | : | C.A. No. 06-207T |
| | : | |
| AMALGAMATED TRANSIT UNION, | : | |
| DIVISION 618 | : | |

**ORDER**

I hereby recuse myself from participation in this case.

ENTER:

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
November 8, 2006

BY ORDER:

/s/ Jeannine Noel
Deputy Clerk