UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

FIRST STUDENT, INC.

v. CA No. 06-207-T

AMALGAMATED TRANSIT UNION,
DIVISION 618

**SCHEDULING ORDER**

The defendant may file a motion for summary judgment within 30 days after the scheduled settlement conference with the Magistrate Judge.

The plaintiff will have 20 days thereafter to file an objection to the defendant's motion and to file its own motion for summary judgment.

The defendant will have 10 days after that to file a reply to the plaintiff's response and an objection to the plaintiff's motion for summary judgment.

Pursuant to the agreement of the parties, no discovery is required.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: November 9, 2006