**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FIRST STUDENT, INC.

v. C.A. NO. CA06-207T

AMALGAMATED TRANSIT UNION,
DIVISION 618

**AMENDED SCHEDULING ORDER**

The plaintiff may file a motion to vacate the arbitration award within 30 days after the scheduled settlement conference with the Magistrate Judge.

The defendant may have 20 days thereafter to file an objection to the plaintiff's motion and to file its own motion to confirm the arbitration award.

The plaintiff may have 10 days thereafter to reply to the defendant's objection and motion to confirm the arbitration award.

The parties agree that no discovery is required.

By Order,

Deputy Clerk

ENTER:

Ernest C. Torres, Chief Judge

Date: November 30, 2006