UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FIRST STUDENT, INC., Plaintiff, | ) | |
| | ) | C.A. No. 06-207-T |
| v. | ) | |
| AMALGAMATED TRANSIT UNION, DIVISION 618, Defendant. | ) | |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME**

Plaintiff First Student, Inc. hereby moves for a 14-day extension of time, to and including March 16, 2007 to file its motion to vacate the arbitration award in this case. First Student, Inc. moves for a corresponding 14-day extension of all deadlines associated with their motion.

First Student, Inc. represents that the defendant assents to the granting of this motion.

FIRST STUDENT, INC.

By its Attorneys,

/s/ Mark A. Pogue

Mark A. Pogue (#3441)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
401-274-9200
401-276-6611 Telecopy

**Certificate of Service**

I hereby certify that on the 28th day of February, 2007 a true copy of the foregoing Assented-To Motion For Extension of Time was served upon counsel of record listed below through the ECF system.

Carly B. Iafrate, Esq.
129 Dyer Street
Providence, RI 02903

Gerard P. Cobleigh, Esq.
70 Jefferson Boulevard
Warwick, RI 02888

/s/ Mark A. Pogue