**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **FIRST STUDENT, INC.,** <br> **Plaintiff,** | ) | |
| **vs.** | ) | **C.A. No.: 06-207T** |
| **AMALGAMATED TRANSIT UNION, DIVISION 618,** <br> **Defendant.** | ) | |

**MOTION FOR EXTENSION OF TIME**

Now comes the Defendant, Amalgamated Transit Union, Division 618 ("Union"), and respectfully requests an additional seven (7) days within which to file its brief in support of its motion to confirm the arbitration award and in opposition to Plaintiff's motion to vacate the award. Specifically, Defendant is seeking up to and including Thursday, April 12, 2007, within which to file said brief. In support of said request, Defendant states that counsel's schedule does not permit the completion of the brief by tomorrow's scheduled deadline. This is the first request for any extension of time.

Wherefore, Defendant respectfully requests that this motion be granted.

Defendant,
By its attorney,

/s/ Carly Beauvais Iafrate

Carly Beauvais Iafrate, #6343
129 Dyer Street
Providence, RI 02903
(401) 421-0065

(401) 421-0964 (fax)

**CERTIFICATION**

I hereby certify that this document has been filed electronically on this 4th day of April 2007 and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

Mark A. Pogue, Esq.
Edwards, Angell, Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)
mpogue@eapdlaw.com

/s/ Carly Beauvais Iafrate, Esq.
______________________________