**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **FIRST STUDENT, INC.,**<br>**Plaintiff,**<br><br>**vs.**<br><br>**AMALGAMATED TRANSIT UNION,**<br>**DIVISION 618,**<br>**Defendant.** | **C.A. No.: 06-207T** |

**MOTION TO CONFIRM ARBITRATION AWARD**

Now comes the Defendant, Amalgamated Transit Union, Division 618 ("Union"), and hereby moves to confirm the arbitration award rendered by Arbitrator Mark L. Irvings on February 6, 2006, in AAA Case # 11 300 00675 05.

Wherefore, Defendant respectfully requests that this motion be granted.

Defendant,
By its attorney,

/s/ Carly Beauvais Iafrate

Carly Beauvais Iafrate, #6343
129 Dyer Street
Providence, RI 02903
(401) 421-0065
(401) 421-0964 (fax)

**CERTIFICATION**

I hereby certify that this document has been filed electronically on this 6th day of April 2007 and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

Mark A. Pogue, Esq.
Edwards, Angell, Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)
mpogue@eapdlaw.com

/s/ Carly Beauvais Iafrate, Esq.