UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FIRST STUDENT, INC., Plaintiff, v. AMALGAMATED TRANSIT UNION, DIVISION 618, Defendant. | ) ) ) ) ) ) ) ) | C.A. No. 06-207-T |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME**

Plaintiff First Student, Inc. hereby moves for a 7-day extension of time, to and including April 20, 2007 to file its response to defendant's memorandum in support of its motion to confirm the arbitration award and in opposition to First Student's motion to vacate the arbitration award.

First Student, Inc. represents that the defendant has no objection to the granting of this motion.

FIRST STUDENT, INC.

By its Attorneys,

/s/ Mark A. Pogue

Mark A. Pogue (#3441)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
401-274-9200
401-276-6611 Telecopy

**Certificate of Service**

I hereby certify that on the 17th day of April, 2007 a true copy of the foregoing Assented-To Motion For Extension of Time was served upon counsel of record listed below through the ECF system.

Carly B. Iafrate, Esq.
129 Dyer Street
Providence, RI 02903

Gerard P. Cobleigh, Esq.
70 Jefferson Boulevard
Warwick, RI 02888

/s/ Mark A. Pogue