**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FIRST STUDENT, INC.

Plaintiff

vs. C.A. No. 06-207T

AMALGAMATED TRANSIT UNION,
DIVISION 618

Defendant

# JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

In accordance with the order of Judge Ernest C. Torres on June 13, 2007 granting defendant Amalgamated Transit Union, Division 618's motion to confirm the arbitration award and denying plaintiff First Student, Inc.'s motion to vacate the arbitration award, judgment hereby enters in favor of the defendant Amalgamated Transit Union, Division 618 and against the plaintiff First Student, Inc.

Enter:

Deputy Clerk

Dated: June 20, 2007