UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FIRST STUDENT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-207-T |
| v. | ) | |
| | ) | |
| AMALGAMATED TRANSIT UNION, DIVISION 618, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEAL OF PLAINTIFF FIRST STUDENT, INC.**

Notice is hereby given that First Student, Inc., plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the Final Judgment entered on June 20, 2007.

Dated: July 19, 2007

/s/ Mark A. Pogue
Mark A. Pogue (#3441)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
401-274-9200
401-276-6611 (FAX)
Attorneys for Plaintiff First Student, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of July, 2007, a copy of the within Notice of Appeal was served upon counsel of record listed below through the ECF system.

Carly B. Iafrate, Esq.
129 Dyer Street
Providence, RI 02903

Gerard P. Cobleigh, Esq.
70 Jefferson Boulevard
Warwick, RI 02888

/s/ Mark A. Pogue