UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FIRST STUDENT, INC., Plaintiff, | ) | |
| | ) | C.A. No. 06-207-T |
| v. | ) | |
| | ) | |
| AMALGAMATED TRANSIT UNION, DIVISION 618, Defendant. | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

I, John D. Doran, hereby withdraw my appearance on behalf of First Student, Inc. in the above-entitled action.

/s/ John D. Doran
John D. Doran #6415
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401.274.9200
Fax 401.276.6611

**Certificate of Service**

I hereby certify that on the 7th day of November, 2007, a copy of the foregoing Withdrawal of Appearance was served by ECF to:

Judith I. Scott, Esq.
Scott & Scott, P.C.
45 Cove Road
Westerly, RI 02891

Marc DeSisto, Esq.
211 Angell Street
Providence, RI 02906

/s/ Mark A. Pogue