06-00207
USDC RI
Judge Torres

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-2163

FIRST STUDENT, INC.,

Plaintiff - Appellant,

v.

AMALGAMATED TRANSIT UNION, DIVISION 618,

Defendant - Appellee.

**JUDGMENT**

Entered: January 2, 2008
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

...ied and Issued as Mandate
...der Fed. R. App. P. 41.

...ichard Cushing Donovan, Clerk

Deputy Clerk

Date: 1/2/08

By the Court:
Richard Cushing Donovan, Clerk

By______________________
Appeals Attorney

[cc: Mark Pogue, Esq., John Doran Jr., Esq., Carly Iafrate, Esq., Gerard Cableigh, Esq.]